| CREDIT CARDS / CREDIT CARD | 3 | CUSTOMER INVOICE |
|---|---|---|

OWNER A/C NUMBER

OH / QB 166698
4/5/25

N. Avison
Floral Ct.

STATE: ZIP CODE: 44903
CR. APPR.

Mike

X YOUR SERVICE ADVISOR

LEAVING ☐   WAITING ☐
TIME IN       TIME PROMISED

TERS' NATIONWIDE LIMITED WARRANTY ON
NTHS OR 6000 MILES – WHICHEVER COMES FIRST.

| DESCRIPTION | EXTENSION |
|---|---|

FORD TR 2000
[illegible]

1 He[illegible]
old tires

TAXABLE     163.92
SALES TAX     9.84
TOTAL SALE  173.76
PRE-KEY SEQ # 12004

CIFIED OTHERWISE
AND BATTERIES

| TS DESCRIPTION | EXTENSION |
|---|---|

(Rear brakes)
BO[illegible]

Credit

TOTAL LABOR

SERVICED BY: Craig
CERTIFIED BY: Mike

ESTIMATE | REVISED ESTIMATE | REVISED ESTIMATE APPROVAL / PERSON CONTACTED

PARTS ▶
LABOR ▶         TELEPHONE NO
TAX ▶           DATE/TIME
TOTAL ESTIMATE ▶   BY

WORK.
PARTS
PERATE
OR THE
TURNS

Pd
Check

MERCHANDISE OR SERVICE RECEIVED BY
CUSTOMER SIGNATURE X  Alton Dawson Sr.

READ IMPORTANT CONSUMER INFORMATION ON BACK.

Triumph 1200
Triumph 2000










# 6-3



This is tire
PUT ON the



is is tire
r on the
2 olds.
6A by
on



3-11-44

Michelle —

Hope this will do the trick for us.

Thanks,
Mike

NOTE ATTACHED TO "6" SUB. ITEMS.